**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

January 21, 2011

### LETTER ORDER

    Re:    **Lakeland Bank v. Spencer Leasing Corporation**
              **Civil Action No. 08-2993 (PGS)**

Dear Counsel:

    Oral argument on the pending Motion to withdraw as counsel has been scheduled **February 25, 2011 at 3:00 p.m.** in Courtroom 2D. All counsel and a representative from Defendant Spencer Leasing Corporation must attend. **Should you have any questions please call (973) 297-4887.**

    **SO ORDERED.**

                                                    *s/Esther Salas*
                                                    **Esther Salas, U.S.M.J**